# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>vs. )<br>THOMAS KENNISTON, )<br>aka Tommy Gunz, )<br>Defendant. ) | 2:13-CR- 2/7<br><br>ORDER FOR ISSUANCE OF<br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM FOR<br>THOMAS KENNISTON |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefor,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **THOMAS KENNISTON,** #2828511, before the United States Magistrate Judge at Las Vegas, Nevada,

I/A & A/P Thurs: 6/20/13

on or about _____ 3:00 PM RAM 3C _____, 2013, at the hour of 3:00 P.M., for Initial Appearance and Arraignment and Plea, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

**DATED:** 6/18/13

_____
UNITED STATES MAGISTRATE JUDGE

DANIEL G. BOGDEN
United States Attorney
SUSAN CUSHMAN
Assistant United States Attorney
333 Las Vegas Blvd., S., Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-cr- 217 |
| Plaintiff, | ) | |
| vs. | ) | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR THOMAS KENNISTON |
| THOMAS KENNISTON, aka Tommy Gunz, | ) | |
| Defendant. | ) | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **THOMAS KENNISTON**, #2828511, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that said Warden has consented to the temporary release of the said **THOMAS KENNISTON** pursuant to a Writ of Habeas Corpus Ad Prosequendum so that the said **THOMAS KENNISTON** may be present before the United States Magistrate Judge for the District of Nevada, at Las Vegas, Nevada, on ___ I/A & A/P Thurs: 6/20/13  3:00 PM  RAM  3C  _____, 2013, at the hour of_____, for Initial Appearance and Arraignment and Plea, and any further proceedings, and from time to time and day to day thereafter until excused by the said Court.

1        That the presence of the said **THOMAS KENNISTON** before the United

2 States Magistrate Judge on or about ____ I/A & A/P Thurs: 6/20/13 3:00 PM RAM 3C ____, 2013, at the hour of

3 _____, and any further proceedings and from time to time and day to day thereafter

4 until excused by the Court has been ordered by the United States Magistrate or District

5 Judge for the District of Nevada.

6        WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad

7 Prosequendum issue out of this Court, directed to the Warden, Clark County Detention

8 Center and to the United States Marshal for the District of Nevada, commanding them to

9 produce the said **THOMAS KENNISTON** before the United States District Court on or about

10 ____ I/A & A/P Thurs: 6/20/13 3:00 PM RAM 3C ____, 2013, at the hour of_____, and from time to time and

11 day to day thereafter, at such times and places as may be ordered and directed by the Court

12 entitled above, to appear before the Court, and when excused by the said Court, to be

13 returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

14        **DATED** this ___11th___ day of June, 2013.

15        Respectfully submitted,

16        DANIEL G. BOGDEN
       United States Attorney

17

18

19        SUSAN CUSHMAN
       Assistant United States Attorney

20

21

22

23

24

25

26